No. 67553.—Berkley Machine Co. *v.* United States, protests 60/26700, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of envelope-making machines and parts similar in all material respects to those the subject of *Keer, Maurer Company* v. *United States* (48 Cust. Ct. 205, C.D. 2336), the claim of the plaintiff was sustained.